

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00173-CV

| | | |
|---|---|---|
| Tim Hotchkin | § | From the 153rd District Court |
| | § | of Tarrant County (153-260270-12) |
| v. | | |
| | § | December 18, 2014 |
| Glen Bucy | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Tim Hotchkin shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
      Justice Lee Gabriel